# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV 214-6 |
| | ) | |
| $30,000.00 IN US CURRENCY | ) | |

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, the United States of America, has moved this Court, pursuant to Fed. R. Civ. P. 55, for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against the $30,000.00 in U.S. Currency (the "Defendant Currency") as well as against Lincoln R. Cruz and Jamie Riveras, their heirs, successors and assigns and all other persons and entities having an interest in the Defendant Currency. Plaintiff has shown that there was reasonable cause to seize the Defendant Currency; that a Verified Civil Complaint for Forfeiture *In Rem* was filed pursuant to 21 U.S.C. § 881(a)(6); that all known parties were served with proper process; and that all other unknown potential claimants have been served by publication. As reflected by the record in this case, all persons and entities having interest in the Defendant Currency have failed to appear, file a Claim or Answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Currency. Furthermore, no person with standing is before the Court to object to the United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that:

1.     The United States' Application for Default Judgment and Motion for
       Final Order of Forfeiture and Distribution are GRANTED;

2.     The Defendant Property is hereby condemned and forfeited to the United
       States of America, and all right, title, claim and interest to the Defendant
       Currency by Lincoln R. Cruz, Jamie Riveras, their heirs, successors and
       assigns and all other persons and entities are vested in the United States of
       America;

3.     Lincoln R. Cruz, Jamie Riveras, their heirs, successors and assigns and all
       other persons and entities are forever barred from asserting a claim against
       the Defendant Currency;

4.     The U.S. Marshals Service or an authorized designee shall dispose of
       the Defendant Currency according to law and regulatory procedures;

5.     The U.S. Marshals Service or an authorized designee shall pay from
       the Defendant Property all expenses of the Department of Justice
       related to the seizure and forfeiture of the Defendant Currency;

6.     The remaining portion of the Defendant Currency shall be deposited by the
       U.S. Marshals Service into the Asset Forfeiture Fund in accordance with
       28 U.S.C. § 524 (c)

7.     The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the
       Federal Rules of Civil Procedure upon the same terms and conditions as

outlined in this Default Judgment and Final Order of Forfeiture and

Distribution.

SO ORDERED, this _25_ day of September, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA